# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MATTHEW HUFFSTATLER                                                                                   PLAINTIFF
ADC #155080

v.                                        NO. 3:14CV00044 JLH

STEVEN INBODEN                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice with respect to Matthew Huffstatler's federal civil rights claims, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

DATED this 12th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE